| | |
|---|---|
| 1  MIRCH & MIRCH LAW OFFICE | (SPACE BELOW FOR FILING STAMP |
|    Kevin J. Mirch, #106973 | ONLY) |
| 2  Marie C. Mirch, #200833 | |
|    701 B Street, Suite 1310 | |
| 3  San Diego, CA  92101 | |
|    Telephone:  (619) 501-6220 | |
| 4  Facsimile:  (619 501-6980 | |

Attorneys for Plaintiffs,
JAMES W. FORSYTHE, MD, HMD; and
CENTURY WELLNESS CLINIC

D. Greg Durbin, # 81749
MCCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Eron Cannon, NV Bar No. 8013
McCORMICK, BARSTOW, SHEPPARD,
  WAYTE & CARRUTH LLP
8337 W. Sunset Road, Suite 350
Las Vegas, NV  89113
Attorneys for Defendant JOSEPH BROWN, COGNATE 3 LLC, a limited liability company, and PERFECT BALANCE INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., CENTURY WELLNESS CLINIC, JAMES W. FORSYTHE, M.D., H.M.D. a Nevada Professional Corporation, | Case No.  CIV. S-10-3251 FCD EFB  **ORDER FOR TRANSFER OF ACTION TO DISTRICT OF NEVADA - RENO** |
| Plaintiffs, | |
| v. | |
| JOSEPH BROWN; COGNATE 3 LLC; PERFECT BALANCE; METABOLIC RESEARCH; CANCER HOPE CENTER, | |
| Defendants. | |

ORDER FOR TRANSFER OF ACTION

1  WHEREAS, the parties have stipulated to transfer this action to the United States District Court, District of Nevada – Reno;

WHEREAS, the District of Nevada – Reno, is where the Plaintiffs reside and where another action is pending that was brought by Plaintiff JAMES W. FORSYTHE, against certain of the Defendants herein;

WHEREAS, both this action and the Nevada action involve, without limitation, dealings between the parties relating to a study conducted in Reno, Nevada, on adult stage IV cancer patients to determine the efficacy of Glyco-benzaldehyde in the treatment of various cancers; and

WHEREAS, it would be for the convenience of the parties and witnesses, and in the interests of justice, that this action be transferred to the District of Nevada – Reno.

NOW, THEREFORE, GOOD CAUSE APPEARING it is hereby ORDERED that the within action shall be transferred to the United States district Court, District of Nevada – Reno.

Dated: December 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE